(October 19, 1990)

■ In the Matter of CHARLES J. HYNES, Petitioner, v RUTH MOSKOWITZ et al., Respondents.—On the court's own motion, it is,

■ In the Matter of CHARLES J. HYNES, Petitioner, v RUTH MOSKOWITZ et al., Respondents.—Proceeding pursuant to CPLR article 78 to prohibit the enforcement of two judgments of the Supreme Court, Kings County, dated October 15, 1990.

Adjudged that the petition is denied and the proceeding is dismissed as academic, without costs or disbursements *(see, People ex rel. Morales v Warden,* 166 AD2d 626 [decided herewith]). Mangano, P. J., Thompson, Sullivan, and Rosenblatt, JJ., concur.